**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: DALIAH BROWN                    §     Case No. 18-80986
                                       §
                                       §
          Debtor(s)                    §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 04/30/2018.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was dismissed on 05/31/2018.

6) Number of months from filing or conversion to last payment: 3.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $0.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor(s) | $ 461.55 |
| Less amount refunded to debtor(s) | $ 461.55 |
| **NET RECEIPTS** | $ 0.00 |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 0.00 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 0.00 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| EVERYTHING AUTOMOTIVE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 425.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 1,122.00 | 7,139.48 | 7,139.48 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 1,195.56 | 1,195.56 | 0.00 | 0.00 |
| IRS | Pri | 1,227.78 | NA | NA | 0.00 | 0.00 |
| 7DAY LOANS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ABM | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| ACCELERATED REHAB CENTERS | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| ACCELERATED REHAB CENTERS | Uns | 690.00 | NA | NA | 0.00 | 0.00 |
| ASPIRE | Uns | 905.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED BANK | Uns | 540.00 | NA | NA | 0.00 | 0.00 |
| AT&T U-VERSE | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| BMG MUSIC | Uns | 31.00 | NA | NA | 0.00 | 0.00 |
| BOYLAN CATHOLIC HIGH SCHOOL | Uns | 1,830.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 6,353.00 | NA | NA | 0.00 | 0.00 |
| CASHNETUSA.COM | Uns | 550.00 | NA | NA | 0.00 | 0.00 |
| CHASE 8 AUTO SALES | Uns | 3,839.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHASE BANK | Uns | 1,800.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| CIGPF I CORP | Uns | 16,076.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ROCKFORD | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ROCKFORD | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ROCKFORD | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ROCKFORD | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| CK MARKETING | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE | Uns | 58.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 217.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 5,000.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 962.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK NA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 90.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 99.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 140.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 280.00 | NA | NA | 0.00 | 0.00 |
| DENNIS & MARLENE HITE | Uns | 550.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Uns | 602.00 | NA | NA | 0.00 | 0.00 |
| DJO LLC | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| FIAT FINANCIAL MONEY CENTER | Uns | 353.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Uns | 45.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Uns | 147.00 | NA | NA | 0.00 | 0.00 |
| FIRST CASH ADVANCE | Uns | 603.00 | NA | NA | 0.00 | 0.00 |
| FIRST FINANCIAL HEADQUARTERS | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 611.00 | NA | NA | 0.00 | 0.00 |
| GREAT SKY CASH | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Uns | 650.00 | NA | NA | 0.00 | 0.00 |
| IADVANCE | Uns | 135.00 | NA | NA | 0.00 | 0.00 |
| IDES | Uns | 8,214.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 289.00 | NA | NA | 0.00 | 0.00 |
| THE ILLINOIS TOLLWAY | Uns | 2,093.00 | 11,792.82 | 11,792.82 | 0.00 | 0.00 |
| INSOLVE RECOVERY LLC | Uns | 616.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 430.00 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE AUTO CORRAL | Uns | 7,233.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MERCY HEALTH SYSTEM | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 3,781.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 1,000.00 | 2,120.66 | 2,120.66 | 0.00 | 0.00 |
| PARKVIEW HEALTH | Uns | 280.00 | NA | NA | 0.00 | 0.00 |
| REGIONS BANK | Uns | 2,463.00 | NA | NA | 0.00 | 0.00 |
| ROCK VALLEY CREDIT UNION | Uns | 1,203.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD LIBRARY | Uns | 54.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 114.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 141.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 630.00 | NA | NA | 0.00 | 0.00 |
| RONALD K SHELBY | Uns | 4,300.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA, INC | Uns | 2,965.00 | 2,621.46 | 2,621.46 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Uns | 2,965.00 | NA | NA | 0.00 | 0.00 |
| SFC | Uns | 143.00 | 142.50 | 142.50 | 0.00 | 0.00 |
| SFC - CENTRAL BANKRUPTCY | Uns | 275.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Uns | 889.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Uns | 1,844.00 | NA | NA | 0.00 | 0.00 |
| ST ARMANDS SERVICES | Uns | 810.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE/T-MOBILE USA INC BY | Uns | 290.00 | 290.64 | 290.64 | 0.00 | 0.00 |
| TITLEMAX OF ILLINOIS INC d/b/a | Uns | 1,419.00 | 1,358.64 | 1,358.64 | 0.00 | 0.00 |
| TUITION MANAGEMENT SERVICE | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Uns | 1,590.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR BY AMERICAN | Uns | 0.00 | 1,206.97 | 1,206.97 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 2,331.00 | NA | NA | 0.00 | 0.00 |
| USA CASH EXPRESS | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| WHITE HILLS CASH | Uns | 385.00 | NA | NA | 0.00 | 0.00 |
| EDMUND MOREL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ANTHONY BROWN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR BY AMERICAN | Uns | 0.00 | 1,401.90 | 1,401.90 | 0.00 | 0.00 |
| ATHLETICO PHYSICAL THERAPY | Uns | 0.00 | 690.00 | 690.00 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 7,139.48 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 7,139.48 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 22,821.15 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 0.00 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 0.00 |

      12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 09/20/2018     By: /s/ Lydia S. Meyer
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)